**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Natividad MEDINA–MARTINEZ,**
**Defendant–Appellant.**

No. 08–10358.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009 *.

Filed Sept. 30, 2009.

Elizabeth A. Olson, Esquire, Assistant U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Michael K. Powell, Esquire, Assistant Federal Public Defender, Reno, NV, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Natividad Medina–Martinez appeals from the 70–month sentence imposed following his guilty-plea conviction for unlawful reentry by a deported alien, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Medina–Martinez contends that the district court procedurally erred at sentencing by: (1) failing to consider all of the sentencing factors under 18 U.S.C. § 3553(a), including the need to avoid unwarranted sentencing disparities; and (2) failing to adequately explain the sentence. The record reflects that the district court did not procedurally err. *See United States v. Carty*, 520 F.3d 984, 992–93, 995–96 (9th Cir.2008) (en banc).

As Medina–Martinez concedes, his argument that the district court violated his Fifth and Sixth Amendment rights by increasing his sentence beyond two years is foreclosed. *See Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *United States v. Beltran–Munguia*, 489 F.3d 1042, 1052 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.